UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| KYLE FINNELL, | : | Case No. 1:18-cv-152 |
| --- | --- | --- |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Karen L. Litkovitz |
| vs. | : | |
| JUDGE J. METZ, *et al.*, | : | |
| Defendants. | : | |

**DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 4)**

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on March 26, 2018, submitted a Report and Recommendation. (Doc. 4). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the then-pending filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendation should be and is hereby **ADOPTED** in its entirety.

Accordingly, **IT IS ORDERED** that Plaintiff's complaint (Doc. 3) is **DISMISSED** with prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B), 1915A(b)(1). The Clerk shall enter judgment accordingly, whereupon this case shall be **TERMINATED** from the docket of this Court.

1

**IT IS SO ORDERED**.

Date: 5/21/18

_Timothy S. Black_
Timothy S. Black
United States District Judge